UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHRYN JOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:15-cv-01374-CSH |
| | ) |
| CENTURY FINANCIAL SERVICES, INC. | ) |
| d/b/a CENTURY HEALTHCARE | ) |
| COLLECTION IN CONNECTICUT, | ) |
| | ) |
| Defendant. | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Sabato Pellegrino Fiano* | */s/ Angela K. Troccoli* |
| Sabato Pellegrino Fiano Esq. | Angela K. Troccoli, Esquire |
| Zeldes, Needle & Cooper, P.C. | Kimmel & Silverman, P.C. |
| 1000 Lafayette Blvd, Suite 500 | *The New England Office* |
| PO Box 1740 | 136 Main Street, Suite 301 |
| Bridgeport, CT 06604 | Danielson, CT 06239 |
| Phone: 203-332-5791 | Phone: 860-866-4380 |
| Email: sfiano@znclaw.com | Email: atroccoli@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: August 29, 2016 | Date: August 29, 2016 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 29th day of August, 2016:

Sabato Pellegrino Fiano Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd, Suite 500
Bridgeport, CT 06604
sfiano@znclaw.com

                                              */s/ Angela K. Troccoli*
                                              Angela K. Troccoli, Esquire